United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15558-ref
James Nuse                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith              Page 1 of 2              Date Rcvd: Dec 14, 2017
                               Form ID: pdf900          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db         +James Nuse,   822 Rabbit Lane,   Reading, PA 19606-1150
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13772002   +American Neighborhood Mortage Co,   700 East Gate Drive, Suite 400,
             Mount Laurel, NJ 08054-3807
13799112   +Bachman's Roofing, Building & Remodeling, Inc.,   Cheryl J. Allerton, Esq.,
             1095 Ben Franklin Highway East,   Douglassville, PA 19518-1800
13772003   +Bachmans Roofing Building and Remodeling,   36 S. Elm Street,   Wernersville, PA 19565-2132
13772004   +Cenlar,   P.O. Box 77404,   Ewing, NJ 08628-6404
13772005   +Chase,   P.O. Box 901037,   Fort Worth, TX 76101-2037
13772006    Citadel Federal Credit Union,   520 Eagle Blvd,   Exton, PA 19341
13772008   +Creditech, Inc.,   P.O. Box 20330,   Lehigh Valley, PA 18002-0330
13772010    Direct TV,   PO Box 5007,   Carol Stream, IL 60197-5007
13772009   +Direct TV,   PO box 6650,   Englewood, CO 80155-6650
13844298    Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
             Carol Stream, IL  60197-5008
13772012   +ERC,   P.O. Box 57610,   Jacksonville, FL 32241-7610
13772011   +Ed Financial Services,   P.O. Box 36008,   Knoxville, TN 37930-6008
13807462   +Edfinancial on behalf of US Dept. of Education,   120 N. Seven Oaks Dr.,
             Knoxville, TN 37922-2359
13772013   +Exeter Township Tax Collector,   P.O. Box 4216,   10 Fairlane Road,   Reading, PA 19606-9562
13772015   +Lakeview Loan Servicing, LLC,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
13777742   +Lakeview Loan Servicing, LLC,   c/o ALEXANDRA T. GARCIA,   McCabe, Weisberg & Conway, P.C.,
             123 South Broad Stret,   Suite 1400,   Philadelphia, PA 19109-1060
14011717    M&T BANK,   PO Box 62182, Baltimore, MD 21264-2182
13992447   +M&T Bank,   as Servicer for,   Lakeview Loan Servicing LLC,   c/o KML Law Group, P.C.,
             710 Market Street, Suite 5000,   Philadelphia, PA 19106-2312
13772016   +McCabe, Weisberg & Conway, P.C.,   123 South Broad Street, Suite 1400,
             Philadelphia, PA 19109-1060
13772017   +Michael J. Cabry, III, MDJ,   4824 Horseshoe Pike,   Honey Brook, PA 19344-1362
13772018    North Shore Agency,   725 Canton Street,   Melville, NY 11747
13772019   +Progressive Advanced Insurance Company,   6300 Wilson Mills Road,   Cleveland, OH 44143-2182
13772020   +U.S. Dept of Ed,   P.O. Box 105193,   Atlanta, GA 30348-5193
13772021   +Verizon,   140 West Street,   New York, NY 10007-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: robertsl2@dnb.com Dec 15 2017 01:24:15     Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:24:10
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:21     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13835482     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2017 01:26:34
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13772007    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 15 2017 01:24:43
             Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           M&T Bank,   as Servicer for,   Lakeview Loan Servicing LLC
13772014*   +Exeter Township Tax Collector,   P.O. Box 4216,   10 Fairlane Road,   Reading, PA 19606-9562
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4              User: Keith                    Page 2 of 2                      Date Rcvd: Dec 14, 2017
                                  Form ID: pdf900                Total Noticed: 34
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              CHERYL J. ALLERTON    on behalf of Creditor    Bachman's Roofing, Building & Remodeling
               cjallerton@allertonbell.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor James  Nuse NO1JTB@juno.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

JAMES NUSE
                                                : Bankruptcy No. 16-15558REF
          Debtor(s)                             : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 14, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

JAMES NUSE
822 RABBIT LANE
READING,PA.19606